IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JIMMY LAVONE GLASS, JR.,

       Appellant,

 v.

Case No.  5D21-2353
LT Case No. 2019-CF-002562

STATE OF FLORIDA,

       Appellee.
_____/

Decision filed April 12, 2022

Appeal from the Circuit Court
for Osceola County,
Tom Young, Judge.

Matthew J. Metz, Public Defender, and Kathryn
Rollison Radtke, Assistant Public Defender,
Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Roberts J. Bradford, Jr., Assistant Attorney
General, Daytona Beach, for Appellee.


PER CURIAM.

    AFFIRMED.


EDWARDS, HARRIS and SASSO, JJ., concur.